ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
ariel.stern@akerman.com
steven.shevorski@akerman.com
jacob.bundick@akerman.com

*Attorneys for BAC Home Loans*
*Servicing, LP, ReconTrust Company, and*
*Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD FITZWATER, an individual; and KELLE FITZWATER, an individual;<br><br>             Plaintiffs,<br><br>v.<br><br>BAC HOME LOANS SERVICING, LP, fka COUNTRYWIDE HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES I-X, inclusive, and ROE CORPORATIONS a through Z, inclusive<br><br>             Defendants. | Case No.: 2:09-cv-02400-GMN-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs EDWARD FITZWATER and KELLE FITZWATER, and Defendants BAC HOME LOANS SERVICING, LP, fka COUNTRYWIDE HOME LOANS SERVICING, L.P., RECONTRUST COMPANY, N.A., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("Defendants"), each through their undersigned counsels, hereby stipulate that the deadline for Defendants to respond to Plaintiffs' Complaint shall be continued two weeks from February 28, 2011 until March 14, 2011 because the parties are currently trying to resolve this matter.

{LV022498;1}                                                          1

1   This is the parties' third stipulation of this deadline.  This stipulation is made in good faith,
2   and is not anticipated or intended to cause any delay to any party.

3   DATED this 1st day of March, 2011.                     DATED this 1st day of March 2011.

**AKERMAN SENTERFITT LLP**                          **LAW OFFICE OF JACOB L. HAFTER & ASSOC.**

 /s/ Ariel E. Stern                                  /s/ Jacob L. Hafter
ARIEL E. STERN, ESQ.                                JACOB L. HAFTER, ESQ.
Nevada Bar No. 8276                                 Nevada Bar No. 9303
STEVEN G. SHEVORSKI, ESQ.                           MICHAEL K. NAETHE, ESQ.
Nevada Bar No. 8256                                 Nevada Bar No. 11222
JACOB D. BUNDICK, ESQ.                              7201 W. Lake Mead Blvd., Suite 201
Nevada Bar No. 9772                                 Las Vegas, Nevada  89128
400 South Fourth Street, Suite 450
Las Vegas, Nevada  89101                            *Attorneys for Plaintiffs*

*Attorneys for Defendants*


IT IS SO ORDERED.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:   March 7, 2011

{LV022498;1}                          2