**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD T. FITZWATER and KELLE FITZWATER,    ) <br>                    ) <br>       Plaintiffs,           ) <br>                    ) <br> vs.                      ) <br>                    ) <br> BAC HOME LOANS SERVICING, LP, *et al.*,  ) <br>                    ) <br>       Defendants.         ) | Case No.  2:09-cv-02400-GMN-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  Counsel for Defendants removed this matter to federal court on December 21, 2009.  Defendants filed a Motion to Dismiss (#36) on November 15, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **January 19, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 9th day of January, 2012.

                                  _George Foley Jr._____
                                  GEORGE FOLEY, JR.
                                  United States Magistrate Judge