# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EDWARD T. FITZWATER and KELLE FITZWATER, )
)
Plaintiffs, )
) Case No. 2:09-cv-02400-GMN-GWF
vs. )
) **ORDER**
BAC HOME LOANS SERVICING, LP, *et al.*, )
)
Defendants. )

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendants removed this matter to federal court on December 21, 2009. Defendants filed a Motion to Dismiss (#36) on November 15, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **January 19, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 9th day of January, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge